UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EMMANUEL ROBERTS, | Case No. 26-cv-00855-HSG |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| EDWARD BORLA, et al., | |
| Defendants. | |

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to C No. 25-cv-02820-TLT, *McKenzie v. Borla, et al*.

**IT IS SO ORDERED.**

Dated: 1/28/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California